## <u>IMPORTANT NOTICE</u>

A continuance granted too near a scheduled sentencing results in waste of resources. Counsel's obligation to the court includes due diligence in seeking a continuance.  Except in the most acute circumstances, counsel must seek a continuance, including **<u>every continuance premised on a defendant's cooperation with law enforcement</u>**, within thirty days after service of this order. Every motion for a continuance shall include a statement of the other party's support or opposition to the proposed continuance.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO: 8:25-cr-182-SDM-AAS

NAJAIE SLATER

_____/

### ACCEPTANCE OF PLEA OF GUILTY AND ADJUDICATION OF GUILT

Based on the results of a hearing under Rule 11, Federal Rules of Criminal Procedure, the United States Magistrate Judge's report recommends acceptance of the defendant's plea of guilty.  No timely objection appears. A review of the record confirms that the requirements of Rule 11 are satisfied. The defendant's plea of guilty to Counts One, Two, and Three of the Indictment is **ACCEPTED,** and the defendant is adjudged **GUILTY**.

The sentencing will occur on **May 19, 2026**, at **9:00 a.m.** in Courtroom 15A of the United States Courthouse, 801 N. Florida Avenue, Tampa, Florida 33602-3800.

ORDERED in Tampa, Florida, on March 5, 2026.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

TO:   Counsel of Record
      U.S. Probation Office
      U.S. Marshal Service
      U.S. Pretrial Service